608 A.2d 495

**HELMERICH DRIVE–IT–YOURSELF, INC., Appellant,**

v.

**ERIE MUNICIPAL AIRPORT AUTHORITY, Appellee.**

Supreme Court of Pennsylvania.

Argued March 12, 1992.

Decided June 30, 1992.

Wm. Patrick Delaney, James R. Fryling, Patricia K. Smith, Joanna K. Budde, Marsh, Spaeder, Baur, Spaeder & Schaaf, Erie, for appellant.

Donald E. Wright, Jr., Erie, for appellee.

John L. Heaton, Chief Counsel, Gregory C. Santoro, Asst. Chief Counsel, Michael H. Kline, Asst. Counsel in Charge,

Joanne Lichtenstein, Asst. Counsel, Dept. of Transp., Harrisburg, for amicus curiae, Dept. of Transp.

William C. Cassebaum, Alan B. McFall, Cassebaum, McFall and Molnar, P.C., Bangor, for Lehigh–Northampton Airport Authority.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT,* ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The Order and Opinion of the Commonwealth Court are affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.

PAPADAKOS, J., did not participate in the consideration or decision of this case.

LARSEN, J., notes his dissent.

FLAHERTY, J., notes his dissent.